UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CASSANDRA WOLSIC,<br>    Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF<br>COMMUNITY COLLEGE DISTRICT NO. 505<br>(PARKLAND COLLEGE) COUNTIES OF<br>CHAMPAIGN, COLES, DEWITT, DOUGLAS,<br>EDGAR, FORD, IROQUOIS, LIVINGSTON,<br>MCLEAN, MOULTRIE, PIATT, VERMILION<br>AND STATE OF ILLINOIS,<br>    Defendant. | No.   20-02003 |

**MOTION FOR LEAVE TO FILE DECLARATION
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

NOW COMES, the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS ("Parkland College,") by and through its counsel, Lorna K. Geiler, of Meyer Capel, A Professional Corporation and for its Motion for Leave to File Declaration in Support of Motion for Summary Judgment states as follows:

1. On February 3, 2020, Defendant filed a Motion for Summary Judgment and supporting Memorandum in this matter.

2. On February 23, 2020, Plaintiff filed a Response to the Defendant's Motion for Summary Judgment.

3. On March 3, 2020, Defendant filed a Motion for Extension of Time to respond to Plaintiff's Response to obtain the Declaration of the Post Master, which was granted by the Court on March 4, 2020.

4. On March 20, 2020, Defendant filed a request for an additional extension of time due to the difficulty in obtaining the appropriate approval within the United States Postal Service to meet the revised deadline.

5. To date, the Court has not ruled on that request for a second extension of time.

6. Attached hereto is the Declaration from the Post Master that has been anticipated by the Defendant and was received late on Friday, March 27, 2020.

7. No prejudice at all, and particularly no unjust prejudice, to the Plaintiff will result in the Court allowing this Motion for Leave to File Declaration in Support of Motion for Summary Judgment.

WHEREFORE, the Defendant, Parkland College, respectfully requests that the Court grant this Motion for Leave to File Declaration in Support of Motion for Summary Judgment and allow the filing of the attached Declaration.

    Respectfully submitted,
BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS, Defendant,

By:    Meyer Capel, A Professional Corporation

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE BY ATTORNEY**

    In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **MOTION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on March 30, 2020 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin** - dlevin@toddflaw.com

**Steven Gene Perry** - sperry@toddflaw.com

                                          By:    **/s/ Lorna K. Geiler**
                                                        Lorna K. Geiler, Bar#6192940
                                                        Attorney for the Defendant
                                                        Meyer Capel, A Professional Corporation
                                                        306 W. Church St.
                                                        Champaign, IL 61820
                                                         Phone: (217) 352-1800
                                                        Email: lgeiler@meyercapel.com

UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CASSANDRA WOLSIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   20-02003 |
| ) | |
| BOARD OF TRUSTEES OF COMMUNITY ) | |
| COLLEGE DISTRICT NO. 505 (PARKLAND ) | |
| COLLEGE) COUNTIES OF CHAMPAIGN, ) | |
| COLES, DEWITT, DOUGLAS, EDGAR, FORD, ) | |
| IROQUOIS, LIVINGSTON, MCLEAN, ) | |
| MOULTRIE, PIATT, VERMILION AND STATE ) | |
| OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF ELIZABETH ANDERSON

I, ELIZABETH ANDERSON, hereby declare:

1. I am the Postmaster of the Frankfort, Illinois Post Office.

2. I have been employed by the United States Postal Service since 1998 and have spent my last 14 years with the Postal Service serving in management roles.

3. Based on my years of experience and training, I am familiar with the procedures and equipment involved with processing and handling mail, including certified letters and items with a return receipt requested.

4. Attached hereto as **Exhibit A** is a true and accurate copy of a printout, from the United States Postal Service's website, containing the detailed USPS Tracking information for the envelope bearing tracking number 7016 2140 0000 5581 6213.

5. Attached hereto as **Exhibit B** is a copy of the front and back of the Domestic Return Receipt (PS Form 3811, February 2004) which bears tracking number 7016 2140 0000 5581 6213.

6. Attached hereto as **Exhibit C** is a copy of the front of the envelope which bears the

Certified Mail tracking number 7016 2140 0000 5581 6213.

7. The letter addressed to Cassandra Wolsic, 8621 Shire Ct, Frankfort, IL 60423-8625 and which bears tracking number 7016 2140 0000 5581 6213 was processed and delivered through the Frankfort, Illinois Post Office.

8. The information contained on the United States Postal Service's USPS Tracking website accurately and reliably indicates, among other things, the date that notification is left with a recipient (indicating that a piece of Certified Mail is available for pick up) and the date that a piece of certified mail is delivered to a recipient.

9. While the Domestic Return Receipt bearing tracking number 7016 2140 0000 5581 6213 [Exhibit B] does not have a "Date of Delivery" filled in next to the recipient's signature, the upper left corner of the opposite side of the Domestic Return Receipt, filled in with the Sender's address for return of the Domestic Return Receipt, contains a cancellation stamp dated "07 OCT '19".

10. When affixed to an envelope, the side of a Domestic Return Receipt bearing the Sender's return address faces the envelope and is not revealed until removed from an envelope at the time of delivery.

11. The cancellation stamp dated "07 OCT '19" was physically printed on the Domestic Return Receipt bearing tracking number 7016 2140 0000 5581 6213 [Exhibit B] by a mechanical letter sorting machine after it was signed by the recipient and the envelope to which it was attached had been delivered to the individual signing the Domestic Return Receipt.

12. The dates contained within cancellation stamps processed through the Frankfort, Illinois Post Office accurately and reliably indicate when an item has been received by the Postal Service and processed for transit to the ultimate recipient.

13. Consistent with the information contained on the USPS Tracking Website, a review of the markings on the Domestic Return Receipt bearing tracking number 7016 2140 0000 5581 6213 [Exhibit B] reliably and accurately indicate that the envelope to which the Domestic Return Receipt was attached was delivered to the Recipient, Cassandra Wolsic, on October 7, 2019.

14. The envelope which bears the Certified Mail tracking number 7016 2140 0000 5581 6213 [Exhibit C] contains a handwritten notation "LN 9-24-19," indicating the date on which notification was provided to the recipient letting them know that a piece of Certified Mail was available for pick up.

15. Through conversations with the Defendant's attorney in this case, I have learned that the Recipient claims she picked up the mail in question on October 14, 2019. She could not have done so, as October 14, 2019 was Columbus Day. Therefore, the Frankfort, IL Post Office was closed on October 14, 2019.

16. Based on my review of the Exhibits attached hereto, my experience and training, I can declare that the envelope which bears the Certified Mail tracking number 7016 2140 0000 5581 6213 [Exhibit C] was signed for and delivered on October 7, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2020

Elizabeth Anderson
Postmaster
Frankfort, Illinois Post Office

3

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70162140000055816213

Your item was delivered at 2:32 pm on October 7, 2019 in FRANKFORT, IL 60423.

## Delivered

October 7, 2019 at 2:32 pm
Delivered
FRANKFORT, IL 60423

Feedback

Tracking History ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**EXHIBIT A**



**EXHIBIT B**

U.S. Department of Justice
CIVIL RIGHTS-EMP-LIT

Washington, D.C. 20530

Official Business
Penalty for Private Use $300




LN 9-24-19



```
       207 NFE 1    719I0009/18/19
NOTIFY SENDER OF NEW ADDRESS
WOLSIC CASSANDRA L
8621 SHIRE CT
FRANKFORT IL 60423-8625
BC: 60423862521   *0131-05103-18-47
```

**EXHIBIT C**