UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CASSANDRA WOLSIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-02003 |
| | ) | |
| BOARD OF TRUSTEES OF | ) | Hon. Judge Colin Stirling Bruce |
| COMMUNITY COLLEGE DISTRICT | ) | |
| NO. 505 (PARKLAND COLLEGE) | ) | Hon. Magistrate Judge Eric I. Long |
| COUNTIES OF CHAMPAIGN, COLES, | ) | |
| DEWITT, DOUGLAS, EDGAR, FORD, | ) | |
| IROQUOIS, LIVINGSTON, MCLEAN, | ) | |
| MOULTRIE, PIATT, VERMILION AND | ) | |
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Now come the Plaintiff, Cassandra Wolsic, by and through her attorneys, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby requests the dismissal of this matter with prejudice. In support of her Motion, Plaintiff states as follows:

After considering the issues raised in the Declaration of Elizabeth Anderson (Docket #11, at p. 4) filed in supplemental support of Defendant's Motion for Summary Judgment (Docket #7), Plaintiff has decided that she wishes to dismiss her case with prejudice at this time.

Counsel for Plaintiff, David Levin, contacted counsel for Defendant, Lorna Geiler, on April 27, 2020 to see if Defendant would agree to a stipulation of dismissal in lieu of filing this motion. Plaintiff was unable to obtain Defendant's agreement to a proposed stipulation, but Ms. Geiler advised Mr. Levin that Defendant has no objection to Plaintiff's request for dismissal of this matter.

Wherefore, Plaintiff respectfully requests the Court enter an ordering dismissing this matter

with prejudice, striking any future deadlines in this case, and denying Defendant's Motion for Summary Judgment as moot.

RESPECTFULLY SUBMITTED,

CASSANDRA WOLSIC

By:    /s/ David B. Levin
        Attorney for Plaintiff
        Illinois Attorney No. 6212141
        Law Offices of Todd M. Friedman, P.C.
        333 Skokie Blvd., Suite 103
        Northbrook, IL 60062
        Phone: (224) 218-0882
        Fax: (866) 633-0228
        dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff