UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CASSANDRA WOLSIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-02003 |
| | ) | |
| BOARD OF TRUSTEES OF | ) | Hon. Judge Colin Stirling Bruce |
| COMMUNITY COLLEGE DISTRICT | ) | |
| NO. 505 (PARKLAND COLLEGE) | ) | Hon. Magistrate Judge Eric I. Long |
| COUNTIES OF CHAMPAIGN, COLES, | ) | |
| DEWITT, DOUGLAS, EDGAR, FORD, | ) | |
| IROQUOIS, LIVINGSTON, MCLEAN, | ) | |
| MOULTRIE, PIATT, VERMILION AND | ) | |
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, CASSANDRA WOLSIC, by and through her attorneys, and for her Supplemental Response to the Motion for Summary Judgment (Dkt. #7) filed by the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEQITT, DOUGLAS, EDGAR, FORD, IROQUIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILLION AND STATE OF ILLINOIS, Plaintiff states as follows::

After considering the issues raised in the Declaration of Elizabeth Anderson (Docket #11, at p. 4) filed in supplemental support of Defendant's Motion for Summary Judgment (Docket #7), Plaintiff has decided that she wishes to dismiss her case with prejudice at this time. Plaintiff has filed her Motion to Dismiss concurrently with the filing of this Supplemental Response.

Counsel for Plaintiff, David Levin, contacted counsel for Defendant, Lorna Geiler, on April

27, 2020 to see if Defendant would agree to a stipulation of dismissal in lieu of filing Plaintiff's motion. Plaintiff was unable to obtain Defendant's agreement to a proposed stipulation, but Ms. Geiler advised Mr. Levin that Defendant has no objection to Plaintiff's request for dismissal of this matter.

Wherefore, Plaintiff respectfully requests the Court enter an ordering dismissing this matter with prejudice, striking any future deadlines in this case, and denying Defendant's Motion for Summary Judgment as moot.

RESPECTFULLY SUBMITTED,

CASSANDRA WOLSIC

By: /s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, a copy of the foregoing Supplemental Response was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff